UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 23-161

RETURN OF SERVICE

**Gregory and Zachary F.**

vs.

**Sovereign Property Management**

_____/

ss.

I, **Gerard C. Menichini**, a competent adult, being duly sworn according to law, depose and say that at **8:40am** on **01/20/2023**, I served **Sovereign Property Management** at **102 Lerch Cr. Suite 301, Newport, DE 19804** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **By Serving Jeanine Bowlger, Authorized To Accept**

a true and correct copy of **Summons, Complaint and Motion To Proceed Under Pseudonym** issued in the above captioned matter.

Description:
Sex: FEMALE - Age: 50-55 - Skin: WHITE - Hair: BROWN - Height: 5'5 - Weight: 140

X _____
Gerard C. Menichini - Cert/Appt#: None
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#: **25195** - Our File# **117289**

Law Firm: **ZARWIN BAUM DEVITO KAPLAN, SCHAER &TODDY, PC**
Attorney: **David F. McComb, Esq.**
Address: **2005 MARKET STREET, 16th FLOOR, PHILADELPHIA, PA, 19103**
Telephone: **215-569-2800**