APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

V.  :  Civil Action
    :  No: _____

DISCLOSURE STATEMENT FORM

Please check one box:

❏ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_____          *Gino P. Mecoli*
Date                             Signature

Counsel for: _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
      (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
      (2)  states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
      (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
      (2)  promptly file a supplemental statement if any required information changes.

## CERTIFICATION OF SERVICE AND FILING

I, Gino P. Mecoli, Esquire, Counsel for Defendant, Sovereign Property Management, hereby certify that I filed a true copy of the foregoing Disclosure Statement with Clerk of the Court via the Eastern District of Pennsylvania ECF system and served same via Electronic Mail as follows:

David F. McComb, Esq.
Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C.
One Commerce Square
2005 Market Street, 16th Floor
Philadelphia, PA 19103
*Counsel for Plaintiffs*

**REILLY, MCDEVITT & HENRICH, P.C.**

/s/     Gino P. Mecoli
By:    Gino P. Mecoli, Esq.
*Counsel for Defendant, Sovereign Property Management, LLC*

Dated: February 10, 2023