IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY F. and ZACHARY F.,**<br><br>    *Plaintiffs*<br>  v.<br><br>**SOVEREIGN PROPERTY MANAGEMENT,**<br><br>    *Defendant* | **Case No. 2:23-cv-00161-JDW** |

### SCHEDULING ORDER

**AND NOW**, this 7th day of March, 2023, following a pretrial conference with counsel for the Parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is **ORDERED** as follows:

1. The Parties and their Counsel shall hold open the various dates they identified for taking depositions in their Joint Rule 26(f) Report submitted to the Court;

2. All motions to amend the Complaint and to join or add additional parties shall be filed on or before March 17, 2023;

3. Affirmative expert reports, if any, are due by April 28, 2023;

4. Rebuttal expert reports, if any, are due by May 26, 2023;

5. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged;

6. The Parties shall complete all discovery by June 30, 2023;

7. Motions for summary judgment, if any, shall be filed by July 28, 2023. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure;

8. Counsel for all Parties shall refer to Judge Wolson's Policies and Procedures regarding all matters of discovery and correspondence with the Court;

9. This case is referred to Magistrate Judge Scott W. Reid for purposes of conducting settlement proceedings, as Judge Reid deems appropriate. The Parties shall update Judge Wolson on the status of settlement discussions no later than thirty (30) days before the close of discovery; and

10. On the twentieth day of each month, starting on March 20, 2023, Plaintiff's counsel shall provide to Defendants' counsel a written statement of the attorneys' fees and costs incurred in prosecution of this matter, as of the end of the prior month (*e.g.*, as of February 28 on March 20, as of March 31 on April 20, etc.).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.