# REILLY, MCDEVITT & HENRICH, P.C.

ATTORNEYS AT LAW
SUITE 310
3 EXECUTIVE CAMPUS
CHERRY HILL, NJ 08002

(856) 317-7180
FAX: (856) 317-7188
www.rmh-law.com

**PHILADELPHIA OFFICE**
WIDENER BUILDING
SUITE 410
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
(215) 972-5200
FAX: (215) 972-0405

**DELAWARE OFFICE**
1013 CENTRE ROAD
SUITE 210
WILMINGTON, DE 19805
(302) 777-1700
FAX: (302) 777-1705

Gino P. Mecoli
Member of PA & NJ Bars
gmecoli@rmh-law.com

April 26, 2023

**VIA ELECTRONIC FILING**

Magistrate Judge Scott W. Reid
United States District Court, Eastern District of Pennsylvania
3000 US Courthouse
601 Market Street
Philadelphia, PA 19106

    RE: **Gregory F. and Zachary F. v. Sovereign Property Management, LLC**
       **Docket No.: 2:23-00161-JDW**
       **Our File No.: 250-1340**

Dear Judge Reid:

  The above referenced matter was referred to you by The Honorable Joshua D. Wolson in the attached scheduling order for purposes of conducting settlement proceedings as you deem appropriate. The parties have commenced and are proceeding with discovery.

  The case is brought under the Fair Housing Act, 42 U.S.C. §§ 3601-3619 and arises from a residential tenancy at the Brenton Hall Apartments located at 115 N. Essex Avenue, Narberth, PA.

  The parties would jointly request your assistance in attempting to resolve the matter. Please advise if you are able and willing to undertake providing that assistance and what you would require of the parties to proceed.

  Thank you for your attention to this matter.

                Very truly yours,

                **REILLY, MCDEVITT & HENRICH, P.C.**

                By: */s/ Gino P. Mecoli*
                   Gino P. Mecoli

GPM/jmk
Enc.
cc: David McComb, Esq. (via e-filing)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY F. and ZACHARY F., <br><br> *Plaintiffs* <br> v. <br><br> **SOVEREIGN PROPERTY MANAGEMENT,** <br><br> *Defendant* | Case No. 2:23-cv-00161-JDW |

### SCHEDULING ORDER

**AND NOW**, this 7th day of March, 2023, following a pretrial conference with counsel for the Parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is **ORDERED** as follows:

1. The Parties and their Counsel shall hold open the various dates they identified for taking depositions in their Joint Rule 26(f) Report submitted to the Court;

2. All motions to amend the Complaint and to join or add additional parties shall be filed on or before March 17, 2023;

3. Affirmative expert reports, if any, are due by April 28, 2023;

4. Rebuttal expert reports, if any, are due by May 26, 2023;

5. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged;

6. The Parties shall complete all discovery by June 30, 2023;

7. Motions for summary judgment, if any, shall be filed by July 28, 2023. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure;

8. Counsel for all Parties shall refer to Judge Wolson's Policies and Procedures regarding all matters of discovery and correspondence with the Court;

9. This case is referred to Magistrate Judge Scott W. Reid for purposes of conducting settlement proceedings, as Judge Reid deems appropriate. The Parties shall update Judge Wolson on the status of settlement discussions no later than thirty (30) days before the close of discovery; and

10. On the twentieth day of each month, starting on March 20, 2023, Plaintiff's counsel shall provide to Defendants' counsel a written statement of the attorneys' fees and costs incurred in prosecution of this matter, as of the end of the prior month (*e.g.*, as of February 28 on March 20, as of March 31 on April 20, etc.).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.