# REILLY, MCDEVITT & HENRICH, P.C.

ATTORNEYS AT LAW
SUITE 310
3 EXECUTIVE CAMPUS
CHERRY HILL, NJ 08002

(856) 317-7180
FAX: (856) 317-7188
www.rmh-law.com

**PHILADELPHIA OFFICE**
WIDENER BUILDING
SUITE 410
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
(215) 972-5200
FAX: (215) 972-0405

**DELAWARE OFFICE**
1013 CENTRE ROAD
SUITE 210
WILMINGTON, DE 19805
(302) 777-1700
FAX: (302) 777-1705

Gino P. Mecoli
Member of PA & NJ Bars
gmecoli@rmh-law.com

April 26, 2023

**VIA ELECTRONIC FILING**
The Honorable Joshua D. Wolson
United States District Court, Eastern District of Pennsylvania
12613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> RE: Gregory F. and Zachary F. v. Sovereign Property Management, LLC
> Docket No.: 2:23-00161-JDW
> Our File No.: 250-1340

Dear Judge Wolson:

Pursuant to Paragraph 9 of the Court's March 7th scheduling order regarding the above referenced matter (ECF 15), the parties wish to jointly notify Your Honor that we have communicated with Judge Reid to assist the parties to reach a settlement.

Very truly yours,

**REILLY, MCDEVITT & HENRICH, P.C.**

By: /s/ Gino P. Mecoli
Gino P. Mecoli

GPM/jmk
cc: David McComb, Esq. (via e-filing)