IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY F. and ZACHARY F.,<br><br>　　　　Plaintiffs<br>　v.<br><br>SOVEREIGN PROPERTY MANAGEMENT,<br><br>　　　　Defendant | Case No. 2:23-cv-00161-JDW |

### ORDER

**AND NOW**, this 31st day of May, 2023, following a conference call with counsel for the Parties, it is **ORDERED** that the Court's prior Scheduling Order (ECF No. 15) is **AMENDED** as follows:  Motions for summary judgment, if any, shall be filed by September 15, 2023.  Motions for summary judgment and responses shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua D. Wolson*
　　　　　　　　　　　　　　　　　　　　　JOSHUA D. WOLSON, J.