IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY F. | : | JURY TRIAL DEMANDED |
| ZACHARY F. | : | |
| | : | CIVIL ACTION NO. 23-cv-00161-JDW |
| Plaintiffs, | : | |
| v. | : | |
| SOVEREIGN PROPERTY MANAGEMENT, | : | |
| Defendant. | : | |

ORDER OF DISMISSAL

AND NOW, this _____ day of _____, 2023, upon consideration of the parties' Stipulated Motion for Dismissal and for cause shown therein, it is hereby ORDERED that the action is dismissed with prejudice.

BY THE COURT:

_____
WOLSON, J.