IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY F. <br> ZACHARY F. | : | JURY TRIAL DEMANDED |
| | : | |
| | : | CIVIL ACTION NO. 23-cv-00161-JDW |
| Plaintiffs, | : | |
| v. | : | |
| SOVEREIGN PROPERTY MANAGEMENT, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

AND NOW, this 27th day of July, 2023, upon consideration of the parties' Stipulated Motion for Dismissal and for cause shown therein, it is hereby ORDERED that the action is dismissed with prejudice.

BY THE COURT:

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.